372 A.2d 432
Commonwealth v. Williams, Appellant.

Argued December 10, 1976. Stephen P. Barson, for appellant; Stephen S. Seeling, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 433
Commonwealth v. Zagata, Appellant.

Argued December 7, 1976. Joseph J. Musto, with him Griffith, Aponick & Musto, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.